No. 79–1303. CHICAGO TRANSIT AUTHORITY *v.* GOLD-SCHMIDT, SECRETARY OF TRANSPORTATION, ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition. 

No. 79–1416. RANDALL *v.* COMMITTEE ON PROFESSIONAL ETHICS AND CONDUCT OF THE IOWA STATE BAR ASSN. Sup. Ct. Iowa. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition. 

No. 79–6207. SPRADLIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition. 

No. 79–1428. A. H. ROBINS Co., INC., ET AL. *v.* ROSS ET AL. C. A. 2d Cir. Motions of American Institute of Certified Public Accountants and Merrill Lynch, Pierce, Fenner & Smith, Inc., et al. for leave to file briefs as *amici curiae* granted. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of these motions and this petition. 

No. 79–1439. REICH ET AL. *v.* REED TOOL Co. Ct. Civ. App. Tex., 5th Sup. Jud. Dist. Petition for writ of certiorari denied as untimely filed. 

No. 79–1450. CHAPMAN *v.* CITY OF TALLMADGE. Sup. Ct. Ohio. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant certiorari and reverse the conviction.

No. 79–6029. THORNE *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE STEWART would grant certiorari.